UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIX ANTONIO GERMOSEN
ROSARIO,

              Petitioner,

    v.

WARDEN,

              Respondent.

No.  1:26-cv-02277-DAD-CKD (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS

(Doc. No. 16)

Petitioner Felix Antonio Germosen Rosario is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 16.)  Specifically, the magistrate judge found that petitioner had previously been released by immigration authorities, that this release created a liberty interest in continued release, and that due process required that petitioner be provided with a pre-deprivation hearing prior to any re-detention.  (*Id.* at 3–6.)  Accordingly, the magistrate judge recommended the immediate release of petitioner.  (*Id.* at 6.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 6.)  On May 28, 2026, respondent filed objections which comprise a single sentence stating

1

that it objects for the reasons set forth in its previous briefing.  (Doc. No. 17.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on May 28, 2026 (Doc. No. 17) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondent is ORDERED to immediately release petitioner Felix Antonio Germosen Rosario, A-File No. 246-265-429, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on April 13, 2026;

   b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner is a danger to the community or a flight risk by clear and convincing evidence;

4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

5. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 9, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2